Lori A. Bowman, CA Bar No. 114664
lori.bowman@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213.239.9800
Facsimile:   213.239.9045

JS-6

Richard Y. Chen, CA Bar No. 225392
richard.chen@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714.800.7900
Facsimile:   714.754.1298

Attorneys for Defendants JPMorgan Chase Bank, N.A. (incorrectly sued herein as JPMorgan Chase Bank) and Lorrie Hampen

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MASCARELLA<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JPMORGAN CHASE BANK, a Corporation; LORRIE HAMPEN, an individual; and DOES 1 to 20<br><br>　　　　Defendants. | Case No. EDCV13-01457 VAP (OPx)<br>Judge:  Hon. Virginia A. Phillips<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  April 25, 2013<br>Trial Date:     None |

1  Pursuant to the Joint Motion for Dismissal With Prejudice filed by Plaintiff
2  Lauren Mascarella and Defendants JPMorgan Chase Bank, N.A. (incorrectly sued
3  herein as JPMorgan Chase Bank) and Lorrie Hampen, this case is hereby dismissed
4  with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41.  Each
5  party shall bear their own costs.

7  DATED:  February 26, 2015          BY:_____
8                                      VIRGINIA A. PHILLIPS
                                       UNITED STATES DISTRICT
9                                      COURT JUDGE